THE PEOPLE OF THE STATE OF NEW YORK ex rel. SANTO GONZALEZ, Appellant, v JOSEPH T. SMITH, as Superintendent of Shawangunk Correctional Facility, Respondent.

Decided February 12, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judges STEIN and FAHEY taking no part.